IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**GERALD LEON RAINES,**

    Petitioner,

  v.                              CASE NO. 2:05-cv-933
                                    JUDGE MARBLEY
                                    MAGISTRATE JUDGE KING

**WARREN CORRECTIONAL INSTITUTION,**

    Respondent.

## OPINION AND ORDER

On October 21, 2005, the Magistrate Judge issued a *Report and Recommendation* pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts recommending that this action be dismissed as barred by the one-year statute of limitations under 28 U.S.C. §2244(d). Petitioner has filed objections to the Magistrate Judge's *Report and Recommendation.* Petitioner objects to all of the Magistrate Judge's conclusions. Petitioner again raises all of the same arguments that were previously presented.

Pursuant to 28 U.S.C. 636(b)(1), this Court has conducted a *de novo* review of those portions of the *Report and Recommendation* objected to by petitioner. For the reasons discussed in the *Report and Recommendation*, petitioner's objections are **OVERRULED.**

The *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**. This case is **DISMISSED**.

                                                  *s/Algenon L. Marbley*
                                                  ALGENON L. MARBLEY
                                                  United States District Judge